IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

JAN 16 2019

Clerk, U.S. Courts
District Of Montana
Missoula Division

JOHN MEYER,

        Plaintiff,

vs.

UNITEDHEALTHCARE
INSURANCE COMPANY,

        Defendant.

CV 18–173–M–DLC

ORDER

Before the Court are Defendant's Unopposed Motions for *Pro Hac Vice*
Admission of Barbara J. Duffy ("Duffy") and David W. Howenstine
("Howenstine") (Docs. 3; 4). Defendant states that Randy J. Cox will act as local
counsel for both Duffy and Howenstine. The applications appear to be in order.
Accordingly,

IT IS ORDERED that Defendant's Motions (Docs. 3; 4) are GRANTED on
the condition that Duffy and Howenstine shall do their own work. This means
that they must: (1) do their own writing; (2) sign their own pleadings, motions, and
briefs; and (3) appear and participate personally in all hearings and other
proceedings scheduled by the Court. Duffy and Howenstine shall take steps to
register in the Court's electronic filing system ("CM-ECF"). Further information

-1-

on CM-ECF is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that Duffy and Howenstine shall file separate pleadings acknowledging their admission under the terms set forth above within fifteen days of this Order.   Should Duffy or Howenstine fail to do so, this Order is subject to withdrawal as it relates to non-compliant counsel.

DATED this 16th day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court