
FILED
MAR 18 2019
Clerk, U.S. Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN MEYER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY,<br><br>Defendant. | CV 18–173–M–DLC<br><br>ORDER |

Before the Court is Defendant's Unopposed Motion for *Pro Hac Vice* Admission of Jessica N. Walder (Doc. 13). Plaintiff states that Randy J. Cox will act as local counsel for Walder. Walder's application appear to be in order. Accordingly,

IT IS ORDERED that Defendant's Motion (Doc. 13) is GRANTED on the condition that Walder shall do her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally in all hearings and other proceedings scheduled by the Court. Walder shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information on CM-ECF is available on the Court's

website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that Walder shall file a separate pleading acknowledging her admission under the terms set forth above within fifteen days of this Order. Should Walder fail to do so, this Order is subject to withdrawal as it relates to non-compliant counsel.

DATED this 18th day of March, 2019.

Dana L. Christensen, Chief Judge
United States District Court