UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN MEYER,<br><br>               Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHCARE<br>INSURANCE COMPANY,<br><br>               Defendant. | Case No. CV-18-173-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u>   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE in accordance with the order issued on today's date.

      Dated this 30th day of July, 2019.

                                        TYLER P. GILMAN, CLERK

                                        By: <u>/s/ A.S. Goodwin</u>
                                        A.S. Goodwin, Deputy Clerk

